**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-6279**

---

GEORGE J. TAYLOR,

Plaintiff - Appellant,

versus

RONALD HUTCHINSON; ATTORNEY GENERAL FOR THE
STATE OF MARYLAND,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.
(CA-01-24-AW)

---

Submitted:  May 17, 2001              Decided:  May 25, 2001

---

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

George J. Taylor, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

George J. Taylor appeals the district court's order dismissing his motion, which the district court properly construed as a 28 U.S.C. § 2241 (1994) petition.  We have reviewed the record and the district court's opinion and order and find no reversible error. Accordingly, we deny Taylor's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court.  <u>Taylor v. Hutchinson</u>, No. CA-01-24-AW (D. Md. filed Jan. 17, 2001; entered Jan. 18, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2